UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GLENDA KOLOTA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 3:07-cv-459 |
| | ) | |
| | ) | |
| SEVIER COUNTY, TENNESSEE, | ) | |
| et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion for summary judgment filed by defendant Sevier County, Tennessee, is **GRANTED**. The court **DECLINES** to exercise supplemental jurisdiction over plaintiff's pendent state law claims. This action is **DISMISSED WITH PREJUDICE**.

      **ENTER.**

                                                  s/ Leon Jordan
                                       United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT